# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| VALERIE ROMAYNE RATLIFF, as personal representative for the ESTATE OF ZACHARY MILES ASHER, individually and as the next friend of ZANE MILES ASHER, and KHALEESI MAE ASHER, individually, and ALEXANDRA VILLA, individually<br><br>                 Plaintiffs,<br><br>vs.<br><br>CORECIVIC, INC., WARDEN CHAD MILLER, in his individual capacity,<br>OFFICER LUBIN, in his individual capacity,<br>OFFICER PAYNE, in his individual capacity,<br>OFFICER NELSON, in his individual capacity,<br>OFFICER LAMBSON, in his individual capacity,<br>OFFICER HEREDIA, JR., in his individual capacity,<br>OFFICER VALENCIA, in his individual capacity,<br>OFFICER MULITAUAOPELE, in his individual capacity,<br>OFFICER PIKE, in his individual capacity, and<br>OFFICER CALVIN, in his individual capacity,<br><br>                 Defendants. | **Case No.** _____ |

## **DEFENDANT CORECIVIC'S CORPORATE DISCLOSURE STATEMENT**

This Corporate Disclosure Statement is filed on behalf of Defendant CoreCivic, Inc. ("CoreCivic") in compliance with the provisions of: *(check one)*

  **X**  Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

_____ Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

_____ Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

__X__   No such corporation.

_____ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attach additional pages if needed).*

_____ Relationship _____

_____ Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed).*

_____ Relationship _____

_____ Other (please explain)

_____

_____

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Dated: April 4, 2022

/s/ Jacbo B. Lee
Daniel P. Struck, AZ Bar No. 012377
Jacob B. Lee, NM Bar No. 154613
Anne M. Orcutt, AZ Bar No. 029387
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, AZ 85226
Tel.: (480) 420-1600
Fax: (480) 420-1696
dstruck@strucklove.com
jlee@strucklove.com
aorcutt@strucklove.com

Deborah D. Wells
Debra J. Moulton
KENNEDY, MOULTON & WELLS, P.C.
2201 San Pedro NE, Bldg. 3, Suite 200
Albuquerque, New Mexico 87110
Tel.: (505) 884-7887
Fax: (505) 884-7123
ddwells@kmwpc.com
dmoulton@kmwpc.com

*Attorneys for Defendants CoreCivic, Inc., Warden Miller, and Officer Heredia*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 4, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Nicholas T. Hart
Carter B. Harrison, IV
Ramon A. Soto
Daniel J. Gallegos
HARRISON & HART, LLC
924 Park Avenue SW, Ste. E
Albuquerque, NM 87102
nick@harrisonhartlaw.com
carter@harrisonhartlaw.com
ramon@harrisonhartlaw.com
daniel@harrisonhartlaw.com

*Attorneys for Plaintiffs*

                                                /s/ Jacob B. Lee