**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

VALERIE ROMAYNE RATLIFF,
As personal representative for the
Estate of ZACHARY MILES ASHER,
Individually and as the next friend of
ZANE MILES ASHER and
KHALEESI MAE ASHER, individually, and
ALEXANDRA VILLA, individually,

      Plaintiffs,

v.                                  No. 1:22-cv-00256-MIS-DLM

CORECIVIC, INC., WARDEN CHAD MILLER,
OFFICER LUBIN, in his individual capacity,
OFFICER PAYNE, in his individual capacity,
OFFICER NELSON, in his individual capacity,
OFFICER LAMBSON, in his individual capacity,
OFFICER HEREDIA, JR., in his individual capacity,
OFFICER VALENCIA, in his individual capacity,
OFFICER MULTIAUAOPELE, in his individual capacity,
OFFICER PIKE, in his individual capacity, and
OFFICER CALVIN, in his individual capacity,

      Defendants.

## **PARTIAL ORDER OF DISMISSAL**

Before the Court is "Unopposed Motion to Dismiss With Prejudice" [ECF No. 75],

filed June 16, 2023, by Plaintiffs Valerie Romayne Ratliff, as Personal Representative of

the Estate of Zachary Miles Asher, individually and as next friend of Zane Miles Asher

and Khaleesi Mae Asher, individually, and Alexandra Villa, individually. Therein, the

parties stipulate to dismissal of the claims against Defendants Warden Chad Miller,

Officer Nelson, Officer Lambson, Officer Heredia, Jr., Officer Valencia, Officer

Multiauaopele, Officer Pike, and Officer Calvin with prejudice. ECF No. 75 at 1. Pursuant

to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), "the plaintiff may dismiss an action

without a court order by filing . . . a stipulation of dismissal signed by all parties who have

appeared." The stipulation is signed by the Parties' attorneys. ECF No. 75 at 2.

Accordingly:

1. It is **HEREBY ORDERED** that all claims against Defendants Warden Chad Miller, Officer Nelson, Officer Lambson, Officer Heredia, Jr., Officer Valencia, Officer Multiauaopele, Officer Pike, and Officer Calvin are **DISMISSED WITH PREJUDICE**.

2. It is **FURTHER ORDERED** that Defendants Warden Chad Miller, Officer Nelson, Officer Lambson, Officer Heredia, Jr., Officer Valencia, Officer Multiauaopele, Officer Pike, and Officer Calvin be terminated as parties in this cause.

_____
**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE