**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

VALERIE ROMAYNE RATLIFF,
As personal representative for the
Estate of ZACHARY MILES ASHER,
and as the next friend of
ZANE MILES ASHER and
KHALEESI MAE ASHER,
et al.

      Plaintiffs,

v.                                               No. 1:22-cv-00256-MIS-DLM

CORECIVIC, INC., et al.,

      Defendants.

## ORDER OF REFERENCE

**THIS MATTER** is before the Court upon notice of settlement. The Court finds that the Honorable Damian L. Martinez, United States Magistrate Judge, should be designated to conduct hearings, including evidentiary hearings, and to hear and determine whether the settlement is fair, reasonable, and in the best interests of the minor children, as provided by 28 U.S.C. § 636(b)(1)(A).

_____
**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE