### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| VALERIE ROMAYNE RATLIFF,<br>as personal representative for the<br>ESTATE OF ZACHARY MILES ASHER,<br>individually and as the next friend of<br>ZANE MILES ASHER, and<br>KHALEESI MAE ASHER, individually, and<br>ALEXANDRA VILLA, individually<br><br>                          Plaintiffs,<br><br>vs.<br><br>CORECIVIC, INC., WARDEN CHAD MILLER, in his individual capacity,<br>OFFICER LUBIN, in his individual capacity,<br>OFFICER PAYNE, in his individual capacity,<br>OFFICER NELSON, in his individual capacity,<br>OFFICER LAMBSON, in his individual capacity,<br>OFFICER HEREDIA, JR., in his individual capacity,<br>OFFICER VALENCIA, in his individual capacity,<br>OFFICER MULITAUAOPELE, in his individual capacity,<br>OFFICER PIKE, in his individual capacity, and<br>OFFICER CALVIN, in his individual capacity,<br><br>                          Defendants. | **Case No. 1:22-cv-00256-MIS-DLM** |

### DEFENDANTS' NOTICE OF NON-OBJECTION TO PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

Defendants hereby notify the Court that they do not object to the Court's October 13, 2023 Proposed Findings and Recommended Disposition Recommending Approval of Settlement Agreement (Dkt. 95).

Dated: October 16, 2023

/s/ Jacob B. Lee
Daniel P. Struck, AZ Bar No. 012377
Jacob B. Lee, NM Bar No. 154613
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, AZ 85226
Tel.: (480) 420-1600
Fax: (480) 420-1696
dstruck@strucklove.com
jlee@strucklove.com

Deborah D. Wells
Debra J. Moulton
KENNEDY, MOULTON & WELLS, P.C.
2201 San Pedro NE, Bldg. 3, Suite 200
Albuquerque, New Mexico 87110
Tel.: (505) 884-7887
Fax: (505) 884-7123
ddwells@kmwpc.com
dmoulton@kmwpc.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Nicholas T. Hart
HARRISON & HART, LLC
924 Park Avenue SW, Ste. E
Albuquerque, NM 87102
nick@harrisonhartlaw.com
*Attorneys for Plaintiffs*

                                                /s/ Jacob B. Lee